# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARTHA DAWSON SWANSON,**

Plaintiff-Appellee,

**v.**                                                                 **No. 28,832**

**ARCHDIOCESE OF SANTA FE**
**and FATHER PAUL BACA,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**George P. Eichwald, District Judge**

Law Offices of Daymon B. Ely
Daymon B. Ely
Albuquerque, NM

for Appellee

Arthur O. Beach
Albuquerque, NN

for Archdiocese of Santa Fe

Marchiondo Law Offices, PC
William C. Marchiondo
Albuquerque, NM

Kelley-Streubel, LLC
Cody K. Kelley
Albuquerque, NM

for Father Paul Baca

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**RODERICK T. KENNEDY, Judge**